**Keyran SWIMS, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76755.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 2, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ

## ORDER

PER CURIAM.

Keyran Swims (Movant) appeals from the denial of his Rule 29.15 motion after an evidentiary hearing ordered by remand in *State v. Swims*, 966 S.W.2d 368 (Mo.App. E.D.1998). We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(j)(1995). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Alan J. Baker, St. Louis, for appellant.

Edward M. Roth, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J. and JAMES A. PUDLOWSKI, Sr. J.